# EXHIBIT B
# To Be Filed Under Seal