# EXHIBIT  F

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
RUDINPLAY, INC.,                                       :

                         Plaintiff,                     :
                                                             18 Civ. 3300 (AT)
             -against-                                  :

                                                             **DECLARATION OF JONATHAN**
THE ESTATE OF NELLE HARPER LEE and :    **STRAUSS**
TONJA B. CARTER,
                                                        :
                         Defendants.
                                                        :
-------------------------------------------------------- X

I, JONATHAN STRAUSS, declare under penalties of perjury under the laws of the

United States of America that the following is true and correct:

1.       I am a member of the law firm Loeb & Loeb LLP, counsel for plaintiff

Rudinplay, Inc. ("Rudinplay"). I have personal knowledge of the matters set forth herein, and

respectfully submit this declaration in response to the Court's Order to Show Cause dated April

19, 2018 (the "Order," Doc. No. 10), which, *inter alia*, required that Rudinplay serve the Order

and Moving Papers (as defined in the Order) on Defendants, and file proof of service, by April

20, 2018 at 5:00 pm.

2.       In the proposed Order to Show Cause that Rudinplay provided to the Court on

April 17, 2018 (the "Proposed Order," a true and correct copy of which is annexed as Exhibit A

hereto), Rudinplay requested that the Court order that service by email of the summons and

Complaint in this action, and the Moving Papers, upon Matthew H. Lembke shall be deemed

good and sufficient service. Mr. Lembke is acting as counsel for defendant Tonja B. Carter, in

her capacity as Personal Representative of the Estate of Nelle Harper Lee (the "Estate"), in the

Alabama Action (as defined in the Complaint).

3.      In its April 19, 2018 Order, the Court required that Rudinplay serve the Order and Moving Papers by the next day, but did not specify whether service by email to Mr. Lembke would constitute good and sufficient service.

4.      Upon receiving the Court's Order, on April 19, 2018, at 3:22 pm (EDT), I emailed the Complaint, the Order, and the Moving Papers to Mr. Lembke, asking whether Mr. Lembke would be accepting service of the materials on behalf of Ms. Carter and the Estate. A true and correct copy of my email to Mr. Lembke (not including the attached materials) appears at the bottom of the email chain annexed as Exhibit B hereto.[1]

5.      Mr. Lembke responded at 5:20 pm (EDT) on April 19, 2018, thanking me for providing courtesy copies of the materials in question, but stating that he did not have authority from his client to accept service of the documents. (*See* Ex. B).

6.      In his 5:20 pm email, Mr. Lembke also asked me several questions concerning the pending motion, which I responded to at 7:15 pm (EDT). In my response, I also asked Mr. Lembke to confirm that he was representing Ms. Carter and the Estate in connection with this action. When I did not receive a response, I followed up by email dated April 20, 2018 at 12:44 pm (EDT), again asking Mr. Lembke to confirm that he represents Ms. Carter and the Estate. After initially refusing to answer, Mr. Lembke responded at 1:40 pm (EDT). He declined to tell us whether he would be representing Ms. Carter and the Estate. (*See* Ex. B).

7.      Because Mr. Lembke purported to refuse to accept service, in order to ensure compliance with the Court's Order we also endeavored to serve Defendants by alternate means. First, my colleague, Sara Slavin, served Defendants by certified mail, in the manner permitted under Rule 4 of the Alabama Rules of Civil Procedure, although at the time of this Declaration

---

[1] Shortly thereafter I realized that I had inadvertently neglected to include the summons with the Complaint. I subsequently sent the summons and Complaint to Mr. Lembke, by email, at 3:51 pm. A true and correct copy of that email (without the attachments) is annexed as Exhibit C hereto.

we have not yet received a return certified mail receipt. Ms. Slavin's Affidavit of Service is annexed as Exhibit D hereto.

8.    Second, we arranged for a process server, Mitchell Spitler, to attempt to serve Defendants in person, at both Ms. Carter's home and her place of business, though I understand that those efforts were not successful. A copy of Mr. Spitler's Affidavit is annexed as Exhibit E hereto.

9.    Third, after Mr. Lembke refused to confirm that his firm represents Ms. Carter in connection with the New York litigation (*see supra* at paragraph 6), on April 20, 2018 at 3:07 pm (EDT) I emailed a copy of the summons and Complaint, the Order, the Civil Cover Sheet, the Moving Papers, and the Court's Individual Practices in Civil Cases directly to Ms. Carter, at carter@tokillamockingbird.com. A true and correct copy of that email (without its attachments) is annexed as Exhibit F hereto.

10.    We respectfully request that the foregoing be deemed good and sufficient service of the summons and Complaint in this action, the Order and the Moving Papers.

Pursuant to 28 U.S.C. § 1746, I declare under the penalties of perjury that the foregoing is true and correct.

Executed on this 20th day of April, 2018.

_____
JONATHAN STRAUSS

3

# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN  DISTRICT OF NEW YORK**

-------------------------------------------------------X

RUDINPLAY, INC.,                              :

                 Plaintiff,        :

        -against-                      :

TONJA B. CARTER and THE ESTATE OF        :
NELLE HARPER LEE,
                            :

              Defendants.

                            :

No. 1:18-cv-03300

Hon. Analisa Torres

**ORDER TO SHOW CAUSE FOR**
**EXPEDITED DISCOVERY AND**
**EXPEDITED RESOLUTION OF**
**<u>DECLARATORY JUDGMENT CLAIMS</u>**

-------------------------------------------------------X

      Upon filing and reading the attached complaint herein (the "Complaint"), the Memorandum of Law in Support of Plaintiff's Motion for Expedited Discovery and Expedited Resolution, the Declaration of Scott Rudin dated April 17, 2018 (with exhibits thereto), and the Declaration of Jonathan Strauss dated April 17, 2018 (with exhibits thereto) (the "Strauss Declaration"), and sufficient reason appearing therefore, it is hereby:

      ORDERED that defendants the Estate of Nelle Harper Lee (the "Estate") and Tonja B. Carter ("Carter") (together, "Defendants") Show Cause before this Court at the Courthouse located at _____, Room ____, New York, New York, on the 20th day of April, 2018, at ___ ___.m., or as soon thereafter as counsel can be heard, why an Order should not be granted:

      (a) Granting plaintiff Rudinplay, Inc. ("Rudinplay") limited expedited discovery, as follows:

          (i)     Requiring that the Estate produce for inspection and copying at the offices of Loeb & Loeb LLP, 345 Park Avenue, New York, New York, 10154, by ___ p.m. on April 25, 2018, the documents requested in Rudinplay's First

Set of Requests for Expedited Production of Documents, annexed as Exhibit K to the Strauss Declaration;

(ii)  Requiring that the Estate respond to Rudinplay's First Set of Expedited Interrogatories, annexed as Exhibit L to the Strauss Declaration, by ___ p.m. on April 25, 2018;

(iii)  Requiring that Carter, the Personal Representative of the Estate, appear for a deposition at the offices of Loeb & Loeb LLP, 345 Park Avenue, New York, New York, 10154, or at such other location to which the parties may agree, beginning on May 2, 2018 and continuing until the deposition is completed;

(iv)  Requiring that the Estate produce Andrew Nurnberg, its literary agent, for a deposition at the offices of Loeb & Loeb LLP, 345 Park Avenue, New York, New York, 10154, or at such other location to which the parties may agree, beginning on May 4, 2018 and continuing until the deposition is completed;

(b)  Scheduling an expedited trial on the merits, pursuant to Rules 42(b) and 57 of the Federal Rules of Civil Procedure, of the Declaratory Judgment causes of action set forth at paragraphs 70-85 of Rudinplay's Complaint, with such trial on the merits to take place at the Courthouse located at _____, Room ____, New York, New York, beginning on the 21st day of May, 2018, at ___ __.m. and continuing until the trial is completed.

IT IS FURTHER ORDERED that, until further notice, any documents or materials that reveal substantial or significant plot points with regards to the Play (as defined in the Complaint),

including but not limited to any scripts or draft scripts of the Play and the March 5, 2018 letter from Carter to Scott Rudin, shall be filed under seal.

IT IS FURTHER ORDERED that service of the summons and

Complaint in this action, this Order, and all of the foregoing papers upon which this Order is based, by email to Matthew H. Lembke and/or Jeffrey M. Anderson of the law firm of Bradley Arant Boult Cummings LLP (counsel for Carter in her capacity as Personal Representative of the Estate in the Alabama Action (as defined in the Complaint)) on or before noon on April 18, 2018 shall be deemed good and sufficient service.


Dated:          New York, New York
                April ___, 2018

Issued:         ___ o'clock __.m.


_____
United States District Judge

# EXHIBIT B

| | |
|---|---|
| **From:** | Lembke, Matt <mlembke@bradley.com> |
| **Sent:** | Friday, April 20, 2018 1:39 PM |
| **To:** | Jonathan Neil Strauss |
| **Cc:** | reggie@copelandlegal.net; Jonathan Zavin; Harlan I. Prater, IV (hprater@lightfootlaw.com) |
| **Subject:** | RE: Rudinplay v. Estate of Nelle Harper Lee, 1:18-cv-03300 (SDNY) |

**This email originated from outside of Loeb's Network.**

Jon:

As you know, my firm has appeared for and represents the plaintiff in the Alabama litigation, which involves overlapping claims and issues to those asserted in your New York complaint. I appreciate your sending me courtesy copies of the materials in the New York litigation even though I have not appeared in it, just as I sent Jonathan Zavin courtesy copies of the Alabama submissions before he appeared in that case. In light of the overlapping prior-filed action and the prior course of dealing, I think it is entirely appropriate for you to send me courtesy copies of materials in connection with the New York litigation until counsel appears for the defendants in the New York matter, but that is ultimately your choice to make. In order for me to be one of the counsel that appears for one or both of the defendants, I will obviously have to be admitted pro hac vice in the Southern District of New York.

Best regards,

Matt Lembke

**Matthew H. Lembke**
Partner | Bradley
mlembke@bradley.com
205.521.8560

---

**From:** Jonathan Neil Strauss [mailto:jstrauss@loeb.com]
**Sent:** Friday, April 20, 2018 11:50 AM
**To:** Lembke, Matt <mlembke@bradley.com>
**Cc:** reggie@copelandlegal.net; Jonathan Zavin <jzavin@loeb.com>; Harlan I. Prater, IV (hprater@lightfootlaw.com) <hprater@lightfootlaw.com>
**Subject:** RE: Rudinplay v. Estate of Nelle Harper Lee, 1:18-cv-03300 (SDNY)

Matt,

We want to know whether we should be dealing with you and sending you materials in connection with this litigation.  We note that in your email below you asked us questions that would indicate that you are representing Ms. Carter and the Estate, and we assumed that was the case when we responded to you.  If that is not the case I believe that we deserve to know.

Jon


Jonathan Neil Strauss
Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154

(212) 407-4089 (tel)
(646) 514-2887 (fax)


---

**From:** Lembke, Matt [mailto:mlembke@bradley.com]
**Sent:** Friday, April 20, 2018 12:46 PM
**To:** Jonathan Neil Strauss
**Cc:** reggie@copelandlegal.net; Jonathan Zavin; Harlan I. Prater, IV (hprater@lightfootlaw.com)
**Subject:** RE: Rudinplay v. Estate of Nelle Harper Lee, 1:18-cv-03300 (SDNY)

<div style="text-align:center; color:red;"><strong>This email originated from outside of Loeb's Network.</strong></div>


Jon:

What is the purpose for which you are asking this question?

Matt


**Matthew H. Lembke**
Partner | Bradley
mlembke@bradley.com
205.521.8560


---

**From:** Jonathan Neil Strauss [mailto:jstrauss@loeb.com]
**Sent:** Friday, April 20, 2018 11:44 AM
**To:** Lembke, Matt <mlembke@bradley.com>
**Cc:** reggie@copelandlegal.net; Jonathan Zavin <jzavin@loeb.com>; Harlan I. Prater, IV (hprater@lightfootlaw.com) <hprater@lightfootlaw.com>
**Subject:** RE: Rudinplay v. Estate of Nelle Harper Lee, 1:18-cv-03300 (SDNY)

Matt,

Following up on my previous email, can you confirm that you're representing Ms. Carter and the Estate in this action?  Thanks,

Jon

2

Jonathan Neil Strauss
Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154

(212) 407-4089 (tel)
(646) 514-2887 (fax)

**From:** Jonathan Neil Strauss
**Sent:** Thursday, April 19, 2018 6:15 PM
**To:** 'Lembke, Matt'
**Cc:** reggie@copelandlegal.net; Jonathan Zavin; Harlan I. Prater, IV (hprater@lightfootlaw.com)
**Subject:** RE: Rudinplay v. Estate of Nelle Harper Lee, 1:18-cv-03300 (SDNY)

Matt,

I understand that you are not accepting service, but please confirm that you are representing Ms. Carter and the Estate in this action.

With regard to your question/point two, the only "communication" was that our managing clerk called chambers to confirm that someone was present to accept our motion papers on Tuesday. Thereafter we brought the motion papers to the Orders and Judgment Clerk, were directed to chambers, and handed the motion papers to Judge Torres' clerk, with no further communication. This is the ordinary process for a motion brought by Order to Show Cause. Because we were not seeking a TRO, there was no obligation or need to give prior notice to defendants. The Order to Show Cause itself provides notice of the relief that plaintiff is seeking.

I realize now that I neglected to provide you with a copy of the proposed Order to Show Cause that we provided to the Court (and which Judge Torres did not sign). It is attached.

As for your third point/question, I do not know whether the March 5 letter was provided to any member of the press, but I do not believe that the letter itself was published or quoted extensively in any media outlet. If you know of any article which publicized the content of the letter in any material way please let us know.

Jon

Jonathan Neil Strauss
Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154

(212) 407-4089 (tel)
(646) 514-2887 (fax)

**From:** Lembke, Matt [mailto:mlembke@bradley.com]
**Sent:** Thursday, April 19, 2018 5:20 PM

**To:** Jonathan Neil Strauss
**Cc:** reggie@copelandletal.net; Jonathan Zavin; Harlan I. Prater, IV (hprater@lightfootlaw.com)
**Subject:** RE: Rudinplay v. Estate of Nelle Harper Lee, 1:18-cv-03300 (SDNY)

<p align="center"><strong>This email originated from outside of Loeb's Network.</strong></p>

Jon:

Thank you for your emails providing me courtesy copies of the documents that you attached.  Let me address three points:

1.    I do not have authority from my client to accept service of any of these documents.

2.    Please explain to me what communications, if any, that any attorney or representative of Rudinplay had with Judge Torres or her chambers in advance of the issuance of the order to show cause.  If there were any such communications, please advise what efforts, if any, were made to alert the defendants or their counsel of those communications before or at the time they occurred.

3.    I noticed in Rudinplay's submission that it states a desire to keep the March 5 letter under seal.  It is my understanding that a representative of Rudinplay provided a copy of that letter to the press after the filing of the Alabama action.  Am I correct that a representative of Rudinplay provided a copy of the letter to the press?  If so, what is the basis for your continuing request to maintain it under seal?

Best regards,

Matt Lembke

**Matthew H. Lembke**
Partner | Bradley
mlembke@bradley.com
205.521.8560

---

**From:** Jonathan Neil Strauss [mailto:jstrauss@loeb.com]
**Sent:** Thursday, April 19, 2018 2:22 PM
**To:** Lembke, Matt <mlembke@bradley.com>
**Cc:** reggie@copelandletal.net; Jonathan Zavin <jzavin@loeb.com>; Harlan I. Prater, IV (hprater@lightfootlaw.com) <hprater@lightfootlaw.com>
**Subject:** Rudinplay v. Estate of Nelle Harper Lee, 1:18-cv-03300 (SDNY)
**Importance:** High

## [External Email]

Mr. Lembke,

As discussed, attached please find (1) the complaint that Rudinplay has filed against Ms. Carter and the Estate of Nelle Harper Lee (the "Estate") in the Southern District of New York; (2) the Order to Show Cause that Judge Torres recently signed in the SDNY action; and (3) the moving papers that Rudinplay submitted in support of its motion for expedited discovery and expedited resolution, consisting of the declaration of Scott Rudin, declaration of Jonathan Strauss, and the accompanying memorandum of law.

Please let me know if you are accepting service of these documents on behalf of Ms. Carter and the Estate.  In the interim, we will proceed with serving Ms. Carter and the Estate in accordance with the Federal Rules.  Thank you,

Jon


Jonathan Neil Strauss
Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154

(212) 407-4089 (tel)
(646) 514-2887 (fax)

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender. Please destroy the original transmission and its attachments without reading or saving in any manner. Thank you, Loeb & Loeb LLP.

Confidentiality Notice: This e-mail is from a law firm and may be protected by the attorney-client or work product privileges. If you have received this message in error, please notify the sender by replying to this e-mail and then delete it from your computer.

# EXHIBIT  C

| | |
|---|---|
| **From:** | Jonathan Neil Strauss |
| **Sent:** | Thursday, April 19, 2018 3:51 PM |
| **To:** | mlembke@bradley.com |
| **Cc:** | reggie@copelandletal.net; Jonathan Zavin; Harlan I. Prater, IV (hprater@lightfootlaw.com) |
| **Subject:** | RE: Rudinplay v. Estate of Nelle Harper Lee, 1:18-cv-03300 (SDNY) |
| **Attachments:** | (2) Summons.pdf; (1) 4-16-18 Rudinplay SDNY complaint.pdf |

Matt,

I realized I inadvertently neglected to include the summons with the complaint.  It is now attached.

Jon


Jonathan Neil Strauss
Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154

(212) 407-4089 (tel)
(646) 514-2887 (fax)


**From:** Jonathan Neil Strauss
**Sent:** Thursday, April 19, 2018 3:22 PM
**To:** mlembke@bradley.com
**Cc:** 'reggie@copelandletal.net'; Jonathan Zavin; Harlan I. Prater, IV (hprater@lightfootlaw.com)
**Subject:** Rudinplay v. Estate of Nelle Harper Lee, 1:18-cv-03300 (SDNY)
**Importance:** High

Mr. Lembke,

As discussed, attached please find (1) the complaint that Rudinplay has filed against Ms. Carter and the Estate of Nelle Harper Lee (the "Estate") in the Southern District of New York; (2) the Order to Show Cause that Judge Torres recently signed in the SDNY action; and (3) the moving papers that Rudinplay submitted in support of its motion for expedited discovery and expedited resolution, consisting of the declaration of Scott Rudin, declaration of Jonathan Strauss, and the accompanying memorandum of law.

Please let me know if you are accepting service of these documents on behalf of Ms. Carter and the Estate.  In the interim, we will proceed with serving Ms. Carter and the Estate in accordance with the Federal Rules.  Thank you,

Jon


Jonathan Neil Strauss
Loeb & Loeb LLP
345 Park Avenue

New York, NY 10154

(212) 407-4089 (tel)
(646) 514-2887 (fax)

# EXHIBIT  D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
RUDINPLAY, INC.,                                        :

               Plaintiff,                          :

                                Civil Action No. 18-cv-03300-AT

           -against-                          :  Hon. Analisa Torres

THE ESTATE OF NELLE HARPER LEE and   **AFFIDAVIT OF SERVICE**
TONJA B. CARTER,
                                :

              Defendants.                          :

                                :
-------------------------------------------------------- X

      SARA SLAVIN, being duly sworn, deposes and says:

      1.     I am not a party to this action, am over 18 years of age and am employed by Loeb

& Loeb, LLP, 345 Park Avenue, New York, New York 10154.

      2.     On April 19, 2018, I served the following pleadings in connection with

*Rudinplay, Inc. v. The Estate of Nelle Harper Lee and Tonja B. Carter*, Case No. 1:18-CV-3300-

AT, pending in the U.S. District Court for the Southern District of New York: (a) Summons

(Doc. #6); (b) Complaint (Doc. #1); (c) Civil Cover Sheet (Doc. #5); (d) Order to Show Cause

(Doc. #10); (e) Rudinplay, Inc.'s Memorandum of Law (Doc. #11); (f) Declaration of Scott

Rudin and its Exhibits (Doc. #12); (g) Declaration of Jonathan Strauss and its Exhibits (Doc.

#13); and (h) a copy of the Individual Practices in Civil Cases of Analisa Torres, United States

District Judge for the Southern District of New York (collectively, "the Pleadings"), upon:

      Tonja B. Carter
      122 Carter Road
      Monroeville, AL 36460-5892

      Tonja B. Carter
      Barnett, Bugg, Lee & Carter PC
      44 E Claiborne Street
      Monroeville, AL 36460-1837

by depositing true and correct copies thereof, enclosed in wrappers addressed as shown above, into the custody of FedEx for Priority Overnight delivery, prior to the latest time designated by that service for Priority Overnight delivery.

      3.      On April 20, 2018, I further served the Pleadings, upon:

Tonja B. Carter
122 Carter Road
Monroeville, AL  36460-5892

by depositing true and correct copies thereof, in a pre-stamped envelope addressed as shown above bearing sufficient First Class postage, certified mail, return receipt requested in a regular postal drop maintained by the United States Postal Service, New York, New York.

_Sara Slavin_
Sara Slavin

Sworn to before me this
20th day of April, 2018

_Antoinette Pepper_
Notary Public

ANTOINETTE PEPPER
Notary Public, State of New York
No. 01PE4973633
Qualified in Nassau County
Certificate filed in New York County
Commission Expires January 7, 2019

16233647.1
227691-10003

# EXHIBIT  E

## AFFIDAVIT

1.      My name is Mitchell Spitler.  I am over the age of nineteen and am fully
competent to and able to make this Affidavit.  I have personal knowledge of the facts included
herein.

2.      I was asked to serve Tonja B. Carter, in her individual capacity and as personal
representative of the Estate of Nelle Harper Lee, with the Summons for *Rudinplay, Inc. v. The
Estate of Nelle Harper Lee and Tonja B. Carter*, Case No. 1:18-CV-3300-AT, pending in the
U.S. District Court for the Southern District of New York, along with the following pleadings in
that case: (a) the Complaint (Doc. #1); (b) Civil Cover Sheet (Doc. #5); (c) Order to Show Cause
(Doc. #10); (d) Rudinplay, Inc.'s Memorandum of Law (Doc. #11); (e) Declaration of Scott
Rudin and its Exhibits (Doc. #12); (f) Declaration of Jonathan Strauss and its Exhibits (Doc.
#13); and (g) a copy of the Individual Practices in Civil Cases of Analisa Torres, United States
District Judge for the Southern District of New York (collectively, "the Pleadings").

3.      On Friday, April 20, 2018, I attempted to serve the Summons along with the
Pleadings on Ms. Carter in Monroeville, Alabama.

4.      First, I attempted to serve the Summons along with the Pleadings at Ms. Carter's
last-known place of employment, Barnett, Bugg, Lee & Carter LLC, 44 East Claiborne Street,
Monroeville, Alabama.  The office was closed and indicated that its hours of operation are
Tuesday, Wednesday, and Thursday from 8:00 a.m. until 4:00 p.m.

5.      Second, I attempted to serve the Summons along with the Pleadings at Ms.
Carter's residence, 122 Carter Road, Monroeville, Alabama.  No one answered the door; no one
appeared to be present at the residence; and there were three delivery packages, each addressed
to Ms. Carter, left at the door and that no one had retrieved.


Dated: <u>April 20, 2018</u>                      _____
                                                                    Mitchell Spitler


## STATE OF ALABAMA

## COUNTY OF MONROE

Before me, the undersigned, a Notary Public, in and for said County and State, personally
appeared Mitchell Spitler, who is known to me and who, after being duly sworn, deposes and
says that he has read the above and that said facts stated therein are true to the best of his
knowledge and belief.

Sworn to and subscribed to me this 20th day of April, 2018.

_____
Notary Public
My Commission Expires:     10-20-20

# EXHIBIT  F

| | |
|---|---|
| **From:** | Jonathan Neil Strauss |
| **Sent:** | Friday, April 20, 2018 3:08 PM |
| **To:** | carter@tokillamockingbird.com |
| **Cc:** | mlembke@bradley.com; reggie@copelandlegal.net; Jonathan Zavin; Harlan I. Prater, IV (hprater@lightfootlaw.com) |
| **Subject:** | Rudinplay v. Estate of Nelle Harper Lee, 1:18-cv-03300 (SDNY) |
| **Attachments:** | (1) 4-16-18 Rudinplay SDNY complaint.pdf; (2) Summons.pdf; (3) 4-19-18- Rudinplay OSC.PDF; (4) Memo of Law.pdf; (5) Strauss Decl + Exs.pdf; (6) Rudin Decl + Exs.pdf; (7) Judge Torres Rules.pdf; (8) Civil Cover Sheet.pdf |

Ms. Carter,

Attached please find copies of (i) the summons and Complaint that Rudinplay has filed against you, and the Estate of Nelle Harper Lee (the "Estate") in the Southern District of New York, (ii) an Order to Show Cause that the Court has entered in the Southern District of New York action, in connection with Rudinplay's motion for expedited discovery and expedited resolution, (iii) the moving papers that Rudinplay submitted in support of its motion, consisting of the declaration of Scott Rudin, the declaration of Jonathan Strauss, and the accompanying memorandum of law, (iv) the Civil Cover Sheet, and (v) the Individual Practices in Civil Cases of Analisa Torres, United States District Judge for the Southern District of New York.  Thank you,

Jonathan Neil Strauss
Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154

(212) 407-4089 (tel)
(646) 514-2887 (fax)