**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| TONJA B. CARTER, in her capacity as Personal Representative of THE ESTATE OF NELLE HARPER LEE, | }<br>}<br>}<br>} |
| PLAINTIFF, | }<br>} |
| vs. | } Case No. 1:18-CV-117-WS-B<br>} |
| RUDINPLAY, INC., | }<br>} |
| DEFENDANT. | } |

**DEFENDANT RUDINPLAY, INC.'S NOTICE OF COURT ACTION**

Defendant Rudinplay, Inc. ("Rudinplay") gives notice to this Court of the following actions taken by Judge Analisa Torres, of the United States District Court for the Southern District of New York, in *Rudinplay, Inc. v. The Estate of Nelle Harper Lee, et al.*, Case No. 1:18-CV-3300-AT ("the New York Action"):

1. On April 30, 2018, Judge Torres held a hearing in the New York Action. Counsel for Rudinplay and counsel for Tonja B. Carter and the Estate of Nelle Harper Lee attended.

2. Following argument from counsel, Judge Torres entered an order (1) granting Rudinplay's request for expedited discovery; (2) setting the New York Action for trial on June 4, 2018; and (3) assigning Magistrate Judge Aaron to oversee discovery in the New York Action. A copy of that order is attached as <u>Exhibit A</u>. Attached as <u>Exhibit B</u> is a copy of the transcript of the hearing before Judge Torres.

3. During the hearing, Judge Torres acknowledged that this Court "is the appropriate court to determine which lawsuit should proceed." Ex. B at 16. In the interim, however, Judge Torres declined to dismiss or stay the New York Action because Rudinplay "has a compelling

need for speedy resolution of the issues in this case." Id. at 17; see also id. ("Therefore, if this action is stayed, and the Alabama court later decides that this Court is the proper forum for the lawsuit or that it lacks personal jurisdiction over [Rudinplay], [Rudinplay] will lose crucial time in resolving this dispute. I have reviewed the papers in the Alabama action, and [Rudinplay] has raised strong arguments that the court in Alabama lacks personal jurisdiction. Accordingly, this case shall proceed pending the Alabama court's decision on the proper forum for the lawsuit.").

4. Magistrate Judge Aaron then entered a scheduling order, which set the discovery deadlines for the New York Action. A copy of that order is attached as Exhibit C.

Respectfully Submitted,

Dated: April 30, 2018

*/s/ Harlan I. Prater, IV*
One of the Attorneys for Rudinplay, Inc.

**OF COUNSEL:**
Harlan I. Prater, IV
*hprater@lightfootlaw.com*
John G. Thompson, Jr.
*jthompson@lightfootlaw.com*
Jeffrey P. Doss
*jdoss@lightfootlaw.com*
LIGHTFOOT, FRANKLIN & WHITE LLC
The Clark Building
400 N. 20th St.
Birmingham, AL 35203
Telephone:   (205) 581-0700
Facsimile:   (205) 581-0799

**PRO HAC VICE:**
Jonathan Zavin
*jzavin@loeb.com*
Jonathan Neil Strauss
*jstrauss@loeb.com*
Sarah Schacter
*sschacter@loeb.com*
Sara Slavin
*sslavin@loeb.com*
LOEB & LOEB LLP
345 Park Avenue
New York, New York 10154-1895
Telephone:   (212) 407-4000

**CERTIFICATE OF SERVICE**

I certify that on this 30th day of April, 2018, a true and correct copy of the foregoing **NOTICE OF COURT ACTION** was served on the following counsel of record by the electronic notification system of CM/ECF:

| | |
|---|---|
| Matthew H. Lembke | Reggie Copeland, Jr. |
| Jeffrey M. Anderson | The Gardner Firm |
| Ellen Presley Proctor | 210 South Washington Avenue |
| Bradley Arant Boult Cummings LLC | Mobile, Alabama 36602 |
| 1819 Firth Avenue North | Telephone: (251) 433-8100 |
| Birmingham, AL 35203-2119 | Facsimile: (251) 433-8181 |
| Telephone: (205) 521-8000 | |
| Facsimile: (205) 521-8800 | |

*/s/ Harlan I. Prater, IV*
OF COUNSEL